# Order

Michigan Supreme Court
Lansing, Michigan

June 1, 2012

145093

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re P.M. WILSON, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
         Petitioner-Appellee,

v

DONALD FRICK,
         Respondent-Appellant.

_____/

SC: 145093
COA: 304689
Branch CC Family Division:
10-004457-NA

      On order of the Court, the application for leave to appeal the February 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2012

_____
Clerk

h0529